[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 330.]

THE STATE EX REL. EATON CORPORATION, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO; ROIG, APPELLANT.

[Cite as *State ex rel. Eaton Corp. v. Indus. Comm.*, 1998-Ohio-100.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2761—Submitted August 19, 1998—Decided October 7, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD11-1550.

————————————

*Willacy, LoPresti & Marcovy, Aubrey B. Willacy* and *M. Scott Young*, for appellee.

*Garson & Associates Co., L.P.A.*, and *Grace A. Szubski*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

————————————